1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Senior Litigator
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SYLVANUS WARREN
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     ) No. 2:07-cr-0009-MCE
                                 )
12            Plaintiff,         )
                                 )
13      v.                       ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE
14 SYLVANUS WARREN,              )
                                 ) Date:  February 27, 2007
15            Defendant.         ) Time:  8:30 a.m.
                                 ) Judge: Hon. Morrison C. England
16 _____ )

17      It is hereby stipulated between the parties, Richard Bender,

18 Assistant United States Attorney, and Caro Marks, attorney for

19 defendant Sylvanus Warren, as follows:

20      The Status Conference date of February 20, 2007 should be

21 continued one week until February 27, 2007. The reason for the

22 continuance is that the defense has proposed a settlement to the

23 government, and both parties need additional time to work out the

24 details of the proposal, including research into certain guideline

25 stipulations. The parties anticipate setting the case for trial or

26 change of plea on February 27, 20007.

27 ///

28 ///

1 | The parties stipulate and agree that time under the Speedy
2 | Trial Act should be excluded pursuant to Title 18 USC
3 | §1361(h)(8)(B)(iv), and Local Code T-4, for continuity of counsel and
4 | to allow counsel reasonable time to prepare.
5 |
6 | Dated:   February 16, 2007
                                        Respectfully submitted,
7 |
                                        DANIEL J. BRODERICK
8 |                                     Federal Defender

9 |                                     _____
                                        CARO MARKS
                                        Attorney for Defendant
10 |                                    SYLVANUS WARREN

11 | Dated:  February 16, 2007

12 |                                    MCGREGOR SCOTT
                                        United States Attorney
13 |
                                        /s/ Richard Bender
14 |
                                        RICHARD BENDER
15 |                                    Assistant U.S. Attorney

16 |
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1                                    ORDER

2        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3   ordered that the February 20, 2007 status conference be continued to
4   February 27, 2007, at 8:30 a.m.  The Court finds that the ends of
5   justice to be served by granting a continuance outweigh the best
6   interests of the public and the defendant in a speedy trial.  It is
7   ordered that time from the date of the signing of this Order up to and
8   including February 27, 2007 shall be excluded from computation of time
9   within which the trial of this matter must be commenced under the
10  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
11  Local Code T-4, to allow defense counsel time to prepare.

12   Dated: February 26, 2007

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE